■ JOHANNA SINGH, Appellant, v TABERNACLE OF PRAYER, Respondent. [850 NYS2d 904]—In an action to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Queens County (Satterfield, J.), entered November 22, 2006, which, upon a jury verdict in favor of the defendant and against her on the issue of liability, dismissed the complaint.

Ordered that the judgment is affirmed, with costs.

Contrary to the plaintiff's contention, the jury charge as given appropriately presented the jury with the issue of whether the defendant created the allegedly dangerous condition through its allegedly negligent snow removal work (see PJI 2:111A.1). Additionally, the defendant established, prima facie, its entitlement to an adverse inference charge with respect to certain documents (cf. Jean-Pierre v Touro Coll., 40 AD3d 819 [2007]; Wilkie v New York City Health & Hosps. Corp., 274 AD2d 474 [2000]). Rivera, J.P., Santucci, Covello and Balkin, JJ., concur.

■ JOHN SKORDILIS, Respondent, v LA QUILA CONSTRUCTION, INC., et al., Appellants, et al., Defendants. (Action No. 1.) JOHN SKORDILIS, Respondent, et al., Plaintiffs, v LA QUILA CONSTRUCTION, INC., et al., Appellants, et al., Defendant. (Action No. 2.) [850 NYS2d 905]—In two related actions to recover damages for injury to property, the defendants La Quila Construction, Inc., and New York City Transit Authority appeal from a judgment of the Supreme Court, Queens County (Rosengarten, J.), entered July 21, 2006, which, upon a jury verdict on the issue of liability, is in favor of the plaintiff John Skordilis and against them in the total sum of $631,327.06.

Ordered that the judgment is affirmed, with costs.

Contrary to the defendants' contention, a new trial on the issue of liability is not warranted (see Nicastro v Park, 113 AD2d 129, 133 [1985]; Lagana v Fox, 6 AD3d 583 [2004]). Furthermore, the award of damages did not deviate "materially from what would be reasonable compensation" (CPLR 5501 [c]; see Christopher v Great Atl. & Pac. Tea Co., 76 NY2d 1003 [1990]). Mastro, J.P., Skelos, Florio and Dickerson, JJ., concur.